# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

In re:  RAYMOND A. KENDALL and     §     Case No. 09-21275
      CHRISTINA KENDALL a/k/a     §
      CHRISTINA VALDEZ     §
Debtor(s)     §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL _____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at **9:30 a.m. on 06/17/10 in Courtroom 619**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  05/12/2010 _____       By:  /s/  Richard M. Fogel _____
                                               Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: KENDALL, RAYMOND A.                §   Case No. 09-21275
      KENDALL, CHRISTINA                      §
                                                    §
Debtor(s) VALDEZ, CHRISTINA              §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*            $      8,501.85

*and approved disbursements of*           $      5.77

*leaving a balance on hand of* [1]        $      8,496.08

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee* | RICHARD M. FOGEL    $    1,600.19 | $    17.49 |
| *Attorney for trustee* | $ | $ |
| *Appraiser* | $ | $ |
| *Auctioneer* | $ | $ |
| *Accountant* | $ | $ |
| *Special Attorney for trustee* | $ | $ |
| *Charges,* | U.S. Bankruptcy Court  $ | $ |
| *Fees,* | United States Trustee   $ | $ |
| *Other* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

    1 The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,623.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.8 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Discover Bank | $ 7,402.83 | $ 1,912.60 |
| 2 | Chase Bank USA, N.A. | $ 9,704.76 | $ 2,507.32 |
| 3 | Chase Bank USA, N.A. | $ 5,846.87 | $ 1,510.60 |
| 4 | PYOD LLC, as assignee of Citibank | $ 1,537.48 | $ 397.22 |
| 5 | U.S. Bank N.A. | $ 2,131.37 | $ 550.66 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/RICHARD M. FOGEL

Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhatch          Page 1 of 1          Date Rcvd: May 13, 2010
Case: 09-21275              Form ID: pdf006         Total Noticed: 20

The following entities were noticed by first class mail on May 15, 2010.
```
db/jdb       +Raymond A. Kendall,   Christina Kendall,   8743 Scheer Drive,   Tinley Park, IL 60487-8689
aty          +Martin J O'Hearn,   Law Offices Of Martin J O'Hearn,   10047 S Western Ave,
               Chicago, IL 60643-1925
tr           +Richard M Fogel,   Shaw Gussis Fishman Glantz Wolfson,   321 N Clark Street  Suite 800,
               Chicago, IL 60654-4766
14035085      Capital One,   P.O. Box 30285,   Salt Lake City, UT 84110-0285
14035086     +Chase,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
14035079     +Chase,   3415 Vision Drive,   Columbus, OH 43219-6009
14035078     +Chase,   P.O. Box 24696,   Columbus, OH 43224-0696
14474001      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14035083      Chase/Washmtl/Prov,   P.O. Box 15298,   Wilmington, DE 19850-5298
14035087     +Citizens Bank/Charter Bk.,   1 Citizens Dr.,   Riverside, RI 02915-3029
14035089     +Crown Mortgage,   6131 W. 95th Street,   Oak Lawn, IL 60453-2781
14035090     +Crown Mortgage,   c/o Codilis & Assoc.,   15W030 N Frontage Rd 100,   Burr Ridge, IL 60527-6921
14544990     +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
14035081      Sears Premier Card,   P.O. Box 6283,   Sioux Falls, SD 57117-6283
14730952    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court:  U.S. Bank N.A.,   P.O. Box 5229,   Cincinnati, OH 45201)
14035082    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court:  US Bank,   P.O. Box 6352,   Fargo, ND 58125-6352)
14035080     +Vistana Fountains Condo Assoc., Inc.,   P.O. Box 22051,   Lake Buena Vista, FL 32830-2051
14035088     +WFF Natl. Bank/American Sales,   P.O. Box 94498,   Las Vegas, NV 89193-4498
```

The following entities were noticed by electronic transmission on May 13, 2010.
```
14398493      E-mail/PDF: mrdiscen@discoverfinancial.com May 14 2010 02:21:38     DISCOVER BANK,
               DFS Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
14035084      E-mail/PDF: mrdiscen@discoverfinancial.com May 14 2010 02:21:38     Discover Card,
               P.O. Box 30943,   Salt Lake City, UT 84130
                                                                         TOTAL: 2
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 15, 2010**                 **Signature:**   _Joseph Speetjens_