# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: RAYMMOND KENDALL and | § | Case No. 09-21275 |
| CHRISTINE KENDALL a/k/a | § | |
| CHRISTINE VALDEZ | § | |
| | § | |
| Debtor(s) | § | |

## AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **9:30 a.m. on 06/24/10 in Courtroom 619**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: 05/12/2010            By: /s/ Richard M. Fogel
                                        Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC 1}

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: lhatch                Page 1 of 1                   Date Rcvd: May 13, 2010
Case: 09-21275                Form ID: pdf006             Total Noticed: 20

The following entities were noticed by first class mail on May 15, 2010.
db/jdb        +Raymond A. Kendall,    Christina Kendall,    8743 Scheer Drive,    Tinley Park, IL 60487-8689
aty           +Martin J O'Hearn,    Law Offices Of Martin J  O'Hearn,    10047 S Western Ave,
                Chicago, IL 60643-1925
tr            +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street  Suite 800,
                Chicago, IL 60654-4766
14035085       Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
14035086      +Chase,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
14035079      +Chase,    3415 Vision Drive,    Columbus, OH 43219-6009
14035078       Chase,    P.O. Box  24696,    Columbus, OH 43224-0696
14474001       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14035083       Chase/Washmtl/Prov,    P.O. Box 15298,    Wilmington, DE 19850-5298
14035087      +Citizens Bank/Charter Bk.,    1 Citizens Dr.,    Riverside, RI 02915-3029
14035089      +Crown Mortgage,    6131 W. 95th Street,    Oak Lawn, IL 60453-2781
14035090      +Crown Mortgage,    c/o Codilis & Assoc.,    15W030 N Frontage Rd 100,    Burr Ridge, IL 60527-6921
14544990      +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
14035081       Sears Premier Card,    P.O. Box 6283,    Sioux Falls, SD 57117-6283
14730952     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   U.S. Bank N.A.,    P.O. Box 5229,    Cincinnati, OH 45201)
14035082     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   US Bank,    P.O. Box 6352,    Fargo, ND 58125-6352)
14035080      +Vistana Fountains Condo Assoc., Inc.,    P.O. Box 22051,    Lake Buena Vista, FL 32830-2051
14035088      +WFF Natl. Bank/American Sales,    P.O. Box 94498,    Las Vegas, NV 89193-4498

The following entities were noticed by electronic transmission on May 13, 2010.
14398493       E-mail/PDF: mrdiscen@discoverfinancial.com May 14 2010 02:21:37     DISCOVER BANK,
                DFS Services LLC,    PO Box 3025,    New Albany, Ohio   43054-3025
14035084       E-mail/PDF: mrdiscen@discoverfinancial.com May 14 2010 02:21:37     Discover Card,
                P.O. Box 30943,    Salt Lake City, UT 84130
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 15, 2010**          **Signature:**   *Joseph Speetjens*