**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: KENDALL, RAYMOND A. | § Case No. 09-21275 |
| KENDALL, CHRISTINA | § |
| | § |
| Debtor(s) VALDEZ, CHRISTINA | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $372,671.00 | Assets Exempt: $57,722.41 |
| Total Distribution to Claimants: $6,879.68 | Claims Discharged Without Payment: $27,253.49 |
| Total Expenses of Administration: $1,623.45 | |

3) Total gross receipts of $ 8,503.13 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,503.13 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,623.57 | 1,623.45 | 1,623.45 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 33,290.22 | 26,623.31 | 26,623.31 | 6,879.68 |
| **TOTAL DISBURSEMENTS** | $33,290.22 | $28,246.88 | $28,246.76 | $8,503.13 |

4) This case was originally filed under Chapter 7 on June 11, 2009.
. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/02/2010     By: /s/RICHARD M. FOGEL
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Bank accounts | 1129-000 | 6,000.00 |
| Automobiles and other vehicles | 1129-000 | 2,499.96 |
| Interest Income | 1270-000 | 3.17 |
| **TOTAL GROSS RECEIPTS** | | **$8,503.13** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| Chase | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| Vistana Fountains Condo Assoc., Inc. | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,600.31 | 1,600.19 | 1,600.19 |
| RICHARD M. FOGEL | 2200-000 | N/A | 17.49 | 17.49 | 17.49 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.77 | 5.77 | 5.77 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,623.57 | 1,623.45 | 1,623.45 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Discover Bank | 7100-000 | 7,439.15 | 7,402.83 | 7,402.83 | 1,912.95 |
| Chase Bank USA, N.A. | 7100-000 | 9,794.00 | 9,704.76 | 9,704.76 | 2,507.79 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Chase Bank USA, N.A. | 7100-000 | 4,971.00 | 5,846.87 | 5,846.87 | 1,510.88 |
| PYOD LLC, as assignee of Citibank | 7100-000 | 1,389.93 | 1,537.48 | 1,537.48 | 397.30 |
| U.S. Bank N.A. | 7100-000 | 2,186.28 | 2,131.37 | 2,131.37 | 550.76 |
| 08 CH 15245 Crown Mortgage | 7100-000 | unknown | N/A | N/A | 0.00 |
| Crown Mortgage | 7100-000 | unknown | N/A | N/A | 0.00 |
| 450044xxxx Citizens Bank/Charter Bk. | 7100-000 | 959.00 | N/A | N/A | 0.00 |
| 875500xxxx WFF Natl. Bank/American | 7100-000 | 2,719.92 | N/A | N/A | 0.00 |
| 430572207296xxxx Capital One | 7100-000 | 3,830.94 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 33,290.22 | 26,623.31 | 26,623.31 | 6,879.68 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-21275  
**Case Name:** KENDALL, RAYMOND A.  
KENDALL, CHRISTINA  
**Period Ending:** 08/02/10

**Trustee:** (330720)   RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 06/11/09 (f)  
**§341(a) Meeting Date:** 07/24/09  
**Claims Bar Date:** 11/27/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Property- residence | 350,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Real Property- timeshare | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Cash on Hand | 19.00 | 0.00 | DA | 0.00 | FA |
| 4 | Bank accounts | 500.00 | 6,000.00 | | 6,000.00 | FA |
| 5 | Security Deposits | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wearing apparel | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | Furs and Jewelry | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Pension and Profit Sharing Plans | 18,902.00 | 0.00 | DA | 0.00 | FA |
| 9 | Automobiles and other vehicles  (See Footnote) | 7,700.00 | 2,900.00 | | 2,499.96 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 3.17 | FA |
| 10 | **Assets**   Totals (Excluding unknown values) | **$380,871.00** | **$8,900.00** | | **$8,503.13** | **$0.00** |

RE PROP# 9   Trustee authorized to sell vehicles to debtors for $2,500 per o/c 9-22-09

**Major Activities Affecting Case Closing:**

Collecting installment payments for non-exempt personal property

**Initial Projected Date Of Final Report (TFR):**   December 31, 2010        **Current Projected Date Of Final Report (TFR):**   May 12, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-21275 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | KENDALL, RAYMOND A. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | KENDALL, CHRISTINA | | Account: | ***-*****90-65 - Money Market Account |
| Taxpayer ID #: | **-***7823 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/02/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans.<br>Date | {Ref #} /<br>Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts<br>$ | Disbursements<br>$ | Money Market<br>Account Balance |
| 09/22/09 | {4} | RAYMOND & KRISTINA KENDALL | Non-exempt funds in account | 1129-000 | 6,000.00 | | 6,000.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 6,000.05 |
| 10/06/09 | {9} | RAYMOND & CHRISTINA KENDALL | Installment payment #1 | 1129-000 | 416.66 | | 6,416.71 |
| 10/28/09 | {9} | RAYMOND & CHRISTINA KENDALL | Installment payment #2 | 1129-000 | 416.66 | | 6,833.37 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 6,833.62 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.28 | | 6,833.90 |
| 12/04/09 | {9} | RAYMOND KENDALL | Installment payment #3 | 1129-000 | 416.66 | | 7,250.56 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.30 | | 7,250.86 |
| 01/13/10 | {9} | RAYMOND KENDALL | Installment payment #4 | 1129-000 | 416.66 | | 7,667.52 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.29 | | 7,667.81 |
| 02/01/10 | {9} | RAYMOND KENDALL | Installment payment #5 | 1129-000 | 416.66 | | 8,084.47 |
| 02/10/10 | | To Account #********9066 | Account Transfer | 9999-000 | | 5.77 | 8,078.70 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.30 | | 8,079.00 |
| 03/10/10 | {9} | RAYMOND KENDALL | Final installment payment | 1129-000 | 416.66 | | 8,495.66 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 8,496.03 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.05 | | 8,496.08 |
| 04/06/10 | | Wire out to BNYM account 9200******9065 | Wire out to BNYM account 9200******9065 | 9999-000 | -8,496.08 | | 0.00 |

| | | ACCOUNT TOTALS | 5.77 | 5.77 | $0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers | -8,496.08 | 5.77 | |
| | | **Subtotal** | **8,501.85** | **0.00** | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | **NET Receipts / Disbursements** | **$8,501.85** | **$0.00** | |

{} Asset reference(s)                                                                                                         Printed: 08/02/2010 08:04 AM    V.12.08

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-21275  
**Case Name:** KENDALL, RAYMOND A.  
KENDALL, CHRISTINA  
**Taxpayer ID #:** **-***7823  
**Period Ending:** 08/02/10

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****90-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/10/10 | | From Account #********9065 | Account Transfer | 9999-000 | 5.77 | | 5.77 |
| 02/11/10 | 101 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 | | 5.77 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5.77 | 5.77 | $0.00 |
| | | | Less: Bank Transfers | | 5.77 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 5.77 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$5.77** | |

{} Asset reference(s)

Printed: 08/02/2010 08:04 AM    V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-21275  
**Case Name:** KENDALL, RAYMOND A.  
KENDALL, CHRISTINA  
**Taxpayer ID #:** **-***7823  
**Period Ending:** 08/02/10

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******90-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9065 | Wire in from JPMorgan Chase Bank, N.A. account ********9065 | 9999-000 | 8,496.08 | | 8,496.08 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.40 | | 8,496.48 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.51 | | 8,496.99 |
| 06/24/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.37 | | 8,497.36 |
| 06/24/10 | | To Account #9200******9066 | Close account and transfer for final distributions | 9999-000 | | 8,497.36 | 0.00 |
| | | **ACCOUNT TOTALS** | | | **8,497.36** | **8,497.36** | **$0.00** |
| | | | Less: Bank Transfers | | 8,496.08 | 8,497.36 | |
| | | **Subtotal** | | | **1.28** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$1.28** | **$0.00** | |

{} Asset reference(s)  
Printed: 08/02/2010 08:04 AM   V.12.08

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 09-21275
**Case Name:** KENDALL, RAYMOND A.
KENDALL, CHRISTINA
**Taxpayer ID #:** **-***7823
**Period Ending:** 08/02/10

**Trustee:** RICHARD M. FOGEL (330720)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******90-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/24/10 | | From Account #9200******9065 | Close account and transfer for final distributions | 9999-000 | 8,497.36 | | 8,497.36 |
| 06/25/10 | 10102 | Discover Bank | First and final dividend (25.8%) on allowed unsecured non-priority Chapter 7 tax claim(s) | 7100-000 | | 1,912.95 | 6,584.41 |
| 06/25/10 | 10103 | Chase Bank USA, N.A. | First and final dividend (25.8%) on allowed unsecured non-priority Chapter 7 tax claim(s) | 7100-000 | | 2,507.79 | 4,076.62 |
| 06/25/10 | 10104 | Chase Bank USA, N.A. | First and final dividend (25.8%) on allowed unsecured non-priority Chapter 7 tax claim(s) | 7100-000 | | 1,510.88 | 2,565.74 |
| 06/25/10 | 10105 | PYOD LLC, as assignee of Citibank | First and final dividend (25.8%) on allowed unsecured non-priority Chapter 7 tax claim(s) | 7100-000 | | 397.30 | 2,168.44 |
| 06/25/10 | 10106 | U.S. Bank N.A. | First and final dividend (25.8%) on allowed unsecured non-priority Chapter 7 tax claim(s) | 7100-000 | | 550.76 | 1,617.68 |
| 06/25/10 | 10107 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,617.68 | 0.00 |
| | | | Dividend paid 100.00%    1,600.19 on $1,600.19;  Claim# ; Filed: $1,600.31 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    17.49 on $17.49;  Claim# ; Filed: $17.49 | 2200-000 | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 8,497.36 | 8,497.36 | $0.00 |
| Less: Bank Transfers | | 8,497.36 | 0.00 | |
| **Subtotal** | | 0.00 | 8,497.36 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$8,497.36** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****90-65 | 8,501.85 | 0.00 | 0.00 |
| Checking # ***-*****90-66 | 0.00 | 5.77 | 0.00 |
| MMA # 9200-******90-65 | 1.28 | 0.00 | 0.00 |
| Checking # 9200-******90-66 | 0.00 | 8,497.36 | 0.00 |
| | **$8,503.13** | **$8,503.13** | **$0.00** |

{} Asset reference(s)    Printed: 08/02/2010 08:04 AM    V.12.08